UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-CR-20871-PAS

UNITED STATES OF AMERICA,

v.

SHEVIN GOODMAN,

        Defendant.
_____/

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR APPROVAL OF STIPULATION REGARDING RESTITUTION

THIS MATTER is before the Court on the United States' Unopposed Motion for Approval of Stipulation Regarding Restitution [DE 138]. The Court reviewed the Motion, the Stipulation [DE 138-1], and the record. The payment plan that the parties agreed to in the Stipulation satisfies the ordered restitution obligation.

As to the statutory interest, the Motion indicates that the payment plan provides for only a portion of what 18 U.S.C. § 3612(f) requires. DE 138 at 1. Because the Government did not provide calculations in its Motion or Stipulation or make a showing that Defendant does not have the ability to pay interest, the Court conducted its own analysis regarding statutory interest. Under 18 U.S.C. § 3612(f)(2), the post-judgment interest rate is to be computed "at a rate equal to the weekly average 1-year constant maturity Treasury yield ... for the calendar week preceding the first day on which the defendant is liable for interest" according to § 3612(f)(1). The Amended Judgment was issued in December 2011 [DE 69], and given the exceedingly low rates at that time, the Court is of the view that the payment plan satisfies the statutory interest, in addition to the ordered restitution.

Accordingly, it is

ORDERED that:

1. The United States' Unopposed Motion for Approval of Stipulation Regarding Restitution [DE 138] is GRANTED.

2. The Stipulation Regarding Restitution signed by the parties [DE 138-1] is APPROVED and ADOPTED as an Order of the Court.

3. The parties to the Stipulation are to comply with the provisions set forth therein.

4. The Court shall retain jurisdiction to enforce the terms of the Stipulation and this Order.

5. The Clerk of Court shall apply any funds received in accordance with 18 U.S.C. § 3612.

6. If the Court is incorrect in its analysis as to statutory interest, the Government shall apprise the Court by August 14, 2023 so that the Court can issue an amended Order.

DONE and ORDERED in Miami, Florida, this 4th day of August, 2023.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc: Counsel of record
The Honorable Lisette M. Reid